# EXHIBIT 1

# Settlement Agreement

# To Be Filed Under Seal Pending the Court's Disposition on the Ex Parte Motion to File Under Seal
# (to be filed)